**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
HONORABLE MARCIA S. KRIEGER**

| | | |
|---|---|---|
| Courtroom Deputy: | Patricia Glover | Date: August 9, 2012 |
| Court Reporter: | Terri Lindblom | |
| Interpreter: | Susanna Cahill | |
| | Marcella Salazar | |

Criminal Action No. 11-cr-00412-MSK

*Parties*:                                                                                      *Counsel Appearing:*

UNITED STATES OF AMERICA,                                      James Boma

        Plaintiff,

v.

HILARIO QUINTERO-RODRIGUEZ,                              Boston Stanton
ABEL SANCHEZ-LEON;                                                  David Owen
GUADALUPE RUIZ-GUARDADO; and                           Richard Stuckey
JULIO MARES-RUIZ,                                                       Mark Johnson

        Defendants.

---

**COURTROOM MINUTES**

---

HEARING:      Motions

**10:36 a.m.      Court in session.**

Defendants present in custody.

Interpreters sworn.

The Court addresses the Government's Motion for Reconsideration **(Doc. #349).**

**ORDER:**      Government's Motion for Reconsideration **(Doc. #349)** is **DENIED.**

Courtroom Minutes
Judge Marcia S. Krieger
Page 2

The Court addresses defendant Ruiz-Guardado's Motion to Sever **(Doc. #109)**

**ORDER:**   Defendant Ruiz-Guardado's Motion to Sever **(Doc. #109)** is **DENIED.**

The following motions were previously addressed at the May 14, 2012 motions hearing (**Doc. #289**).  The docket will be corrected to reflect the rulings.

The Government's Motion to Produce Palm Print Records (Doc. #233)  - **GRANTED**.  Defendant Mares-Ruiz's *Ex Parte* Motions **(Doc. #232; #266**);

Additionally, Defendant Gallegos has filed a Notice of Disposition.  The docket will reflect that his  Motion to Sever **(Doc. #114)** is terminated.

The Court addresses defendant's Motion to Continue **(Doc. #346)**

Statements from counsel.  No objection from any counsel.

The Court made specific oral findings justifying a continuance of the trial, which findings are incorporated herein.

**ORDER:**   The ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendant in a speedy trial.  Motion to Continue (**Doc. #346)** is **GRANTED**.  Jury Trial is set for two weeks commencing on **December 10, 2012 at 1:30 p.m.**  Final pretrial conference is set on **November 30, 2012 at 4:00 p.m.,** all in Courtroom A901, 901 19th Street, Denver, CO.  All subsequent days of trial will begin at 8:30 a.m., unless counsel are advised otherwise.

**ORDER:**   Defendants are remanded to the care and custody of the United States Marshal Service.

**11:20 a.m.**   **Court in recess.**

**Total Time:   44 minutes.**
**Hearing concluded.**