## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## CHIEF JUDGE MARCIA S. KRIEGER

| | | |
|---|---|---|
| Courtroom Deputy: | Patricia Glover | Date:  July 30, 2013 |
| Court Reporter: | Terri Lindblom | |
| Probation Officer: | Katrina Devine | |
| Interpreter: | Marcela Salazar | |

Criminal Action No. 11-cr-00412-MSK

*Parties*:                                                                          *Counsel*:

UNITED STATES OF AMERICA,                          James Boma

            Plaintiff,

v.

ABEL SANCHEZ-LEON,                                         David Owen

            Defendant.

_____

### SENTENCING MINUTES
_____

**10:11 a.m.        Court in session**.

Defendant present in custody.

Interpreter sworn.

**Change of Plea Hearing on May 6, 2013.  Defendant pled guilty to Counts 1-6; 13-14 of the Superseding Indictment .**

**ORDER:**        The Government's Motion for Forfeiture as to Defendant Sanchez-Leon
                        (**Doc. #589**) is **GRANTED**.

Parties received and reviewed the presentence report and all addenda.

The parties **do not** dispute the facts contained in the presentence report.

The parties **do not** dispute the calculation of the sentence under the Federal Sentencing Guidelines as set forth in the original presentence report.

The parties **do not** request departure.

The parties **do not** contend  that the sentence should be different from that calculated under the Sentencing Guidelines in light of the sentencing objectives set forth in 18 U.S.C. Section 3553(a).

Allocution. - Statements made by: The Government, the defendant, defense counsel.

Sentencing Minutes
Chief Judge Marcia S. Krieger
Page 2

**ORDER:** The hearing will be continued for further argument with regard to the variant sentence. Hearing continued to **September 11, 2013 at 11:00 a.m.**, in Courtroom A901, 901 19th Street, Denver, CO.

**THE DEFENDANT IS SENTENCED AS REFLECTED IN THE RECORD.**

The defendant is advised of his right to appeal.

**ORDER:** Defendant is remanded to the custody of the United States Marshal for the District of Colorado.

**10:46 a.m.     Court in recess.**

Total Time:    35 minutes
Hearing continued.