UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 11-cr-00412-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1. HILARIO QUINTERO-RODRIGUEZ,
   a/k/a "The Big Guy,", a/k/a "Santa Claus,"
2. **ABEL SANCHEZ-LEON,**
   **a/k/a Joel Lopez,**
   **A/k/a Raul Marez-Ortiez,**
3. OCTAVIO QUEZADA-PEREZ,
   a/k/a "Tavi,"
4. FLODINA BELETSO GALLEGOS,
5. GUADALUPE RUIZ-GUARDADO,
   a/k/a "Lupe,"
6. JULIO MARES-RUIZ,
   a/k/a "Mariano,"
7. LUIS JORGE MARTINEZ-VALDIVA, and
8. ROBERT MASON BYAS,
   a/k/a "Robin,"

        Defendants.

## FINAL ORDER OF FORFEITURE ONLY AS TO ABEL SANCHEZ-LEON

THIS MATTER comes before the Court on the United States' Motion for Final Order of

Forfeiture. The Court having reviewed said Motion FINDS:

THAT the United States commenced this action pursuant to 21 U.S.C. § 853, as set forth

in the Superseding Indictment returned on January 10, 2012;

THAT a Preliminary Order of Forfeiture was entered on July 30, 2013;

THAT all known interested parties were provided an opportunity to respond and that

publication has been effected as required by 21 U.S.C. § 853(n);

THAT the time for any other third-party to file a petition expired on January 6, 2014;

THAT, as of January 6, 2014, no Petition for Ancillary Hearing has been filed by any petitioner;

THAT it further appears there is cause to issue a forfeiture order under 21 U.S.C. § 853.

NOW, THEREFORE, IT IS ORDERED, DECREED, AND ADJUDGED:

THAT judgment of forfeiture of

    a. Approximately $23,080.00 in United States Currency;

    b. One Bushmaster semi-automatic assault rifle, with carrying case, magazines and ammunition;

    c. One Ruger 9 millimeter (MM) semi-automatic pistol, with holster, magazines and ammunition;

    d. One Romarm/Cugir semi-automatic assault rifle, with bayonet, magazines and ammunition;

    e. One Chiappa Double Eagle .22 caliber derringer pistol and ammunition;

    f. One U.S. Magnum digital scale;

    g. Three Swann surveillance cameras;

    h. $2,680.00 in United States Currency;

    i. One Dell Vistro 1500 laptop;

    j. One Remington 522 Viper .22 caliber rifle;

    k. One Glenfield 30A 30-30 caliber rifle;

    l. One Henry .22 caliber rifle with scope;

    m. One Model EASA-FT .38/.357 caliber revolver;

       n. Glass jar containing miscellaneous live rounds of ammunition;

       o. Two handgun holsters, two magazines and ammunition;

shall enter in favor of the United States pursuant to 21 U.S.C. § 853, free from the claims of any other party;

THAT the United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

DATED this 14th day of January, 2015.

**BY THE COURT:**

*/s/ Marcia S. Krieger*
_____

Marcia S. Krieger
Chief United States District Judge