IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Criminal Action No. 11-cr-00412-MSK-2
(Civil Action No.15-cv-01801-MSK)

UNITED STATES OF AMERICA,

v.

ABEL SANCHEZ-LEON,

    Movant.

---

ORDER

---

After preliminary consideration of Movant's motion to vacate, set aside, or correct the sentence imposed by this Court, it is now

ORDERED that the United States shall, **within thirty (30) days**, file an answer or other pleading directed to the motion pursuant to Rule 4 of the Rules Governing Section 2255 Proceedings.

DATED this 24th day of August, 2015.

                **BY THE COURT:**

                *Marcia S. Krieger*
                _____

                Marcia S. Krieger
                Chief United States District Judge