**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge David L. West**

**Criminal No. 11-CR-00412-MSK(8)**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**vs.**

**1.  ROBERT MASON BYAS,**

**Defendant.**

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

   After discussion with Chief Judge Krieger's office,

   **IT IS HEREBY ORDERED** that **this matter should be designated a "Durango Case" to be handled in accordance with the Durango Protocol** and re-assigned to Judge Robert E. Blackburn.

**DATED: January 19, 2016.**

                              **BY THE COURT:**

                              **s/David L. West**
                              **United States Magistrate Judge**